**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **ALISSA JENSEN,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EOS CCA,** )<br>)<br>Defendant. ) | Civil Action No. 8:15-cv-02689-DKC |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: November 13, 2015        BY: */s/ Amy Lynn. Bennecoff*
                                                  Amy Lynn Bennecoff
                                                  Kimmel & Silverman, P.C
                                                  30 East Butler Pike
                                                  Ambler, PA 19002
                                                  Phone: (215) 540-8888
                                                  Facsimile: (215) 540-8817
                                                  Email: abennecoff@creditlaw.com
                                                  Attorney for Plaintiff

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 13th day of November 2015:

    Michael Kraft, Esq.
    Kraft Law Firm
    30 Coach Lane
    Westwood, MA 02090

Dated: November 13, 2015        BY: */s/ Amy Lynn Bennecoff*
                                      Amy Lynn Bennecoff
                                      Kimmel & Silverman, P.C
                                      30 East Butler Pike
                                      Ambler, PA 19002
                                      Phone: (215) 540-8888
                                      Facsimile: (215) 540-8817
                                      Email: abennecoff@creditlaw.com
                                      Attorney for Plaintiff